UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
|       Plaintiff, | : Civ. No.   1:21-cv-10949 |
| v. | : |
| PHILLIPS 66 PARTNERS LP, GREG C. GARLAND, DAVID BAIRRINGTON, MARK A. HANEY, ROBERT A. HERMAN, C. DOUG JOHNSON, PAULA JOHNSON, KEVIN J. MITCHELL, JOSEPH W. O'TOOLE, and TIMOTHY D. ROBERTS, | : |
|       Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  April 5, 2022                              Respectfully submitted,

                                                   **MELWANI & CHAN LLP**

                                                   /s *Gloria Kui Melwani*
                                                   Gloria Kui Melwani (GM5661)
                                                   1180 Avenue of the Americas, 8th Floor
                                                   New York, New York 10036
                                                   Tel: (212) 382-4620
                                                   Email:  gloria@melwanichan.com

                                                   *Attorneys for Plaintiff*